**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8    In Re.                                        No. C 08-3508 SI (pr)
                                                   No. C 08-3643 SI (pr)
9    VINCENT ROSENBALM,                            No. C 08-5239 SI (pr)
                                                   No. C 08-5335 SI (pr)
10        Plaintiff.                               No. C 08-5459 SI (pr)

11                                                 **ORDER OF DISMISSAL**

12   ─────────────────────────────────────/

13        On December 15, 2008, the court denied pauper status for plaintiff and ordered him to

14   pay the full $350.00 filing fee for each of these actions by January 5, 2009 or each action would

15   be dismissed.  That deadline has passed but plaintiff never paid the filing fee for any of the

16   actions. Accordingly, each referenced action is dismissed because plaintiff failed to comply with

17   the order to pay the filing fee.  The clerk shall close the file for each of the referenced cases.

18        IT IS SO ORDERED.

19   Dated: February 4, 2009                       _____
                                                   SUSAN ILLSTON
20                                                 United States District Judge

21
22
23
24
25
26
27
28